## UNITED STATES DISTRICT COURT

## DISTRICT OF MINNESOTA

| | |
|---|---|
| PHILLIP HORSWELL, | Civil No. 17-5389 (JRT/DTS) |
| Petitioner, | |
| v. | **ORDER** |
| EMILY PIPER, | |
| Respondent | |

Phillip Horswell, 100 Freeman Drive, St. Peter, MN 56082, *pro se* petitioner.

Matthew Frank, **MINNESOTA ATTORNEY GENERAL'S OFFICE**, 445 Minnesota Street, Suite 1800, St Paul, MN 55101-2134, for respondent.

United States Magistrate Judge David T. Schultz issued the Report and Recommendation on February 21, 2018. No objections have been filed to that Report and Recommendation in the time period permitted.

The Court, being duly advised in the premises, upon the Report and Recommendation of the Magistrate Judge, and upon all of the files, records and proceedings herein, now makes and enters the following Order.

**IT IS HEREBY ORDERED**:

1. The petition for a writ of habeas corpus of petitioner Phillip Horswell [Docket No. 7] is **DISMISSED**.

2. No certificate of appealability will be issued.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: March 23, 2018
at Minneapolis, Minnesota

                                        s/John R. Tunheim_____
                                        JOHN R. TUNHEIM
                                        Chief Judge
                                        United States District Court