**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

PHILLIP HORSWELL,

Petitioner,

v.

EMILY PIPER,

Respondent.

Civil No. 17-5389 (JRT/DTS)

**MEMORNADUM OPINION AND ORDER DENYING MOTION FOR NEW TRIAL**

Phillip Horswell, 100 Freeman Drive, St. Peter, MN 56082, *pro se* Petitioner.

Matthew Frank, **MINNESOTA ATTORNEY GENERAL'S OFFICE**, 445 Minnesota Street, Suite 1800, St. Paul, MN 55101, for Respondent.

Petitioner Phillip Horswell was civilly committed as mentally ill and dangerous in state court proceedings over a decade ago. Horswell now moves for a new trial. Because the Court does not have jurisdiction to review or alter state court judgments, the Court will dismiss the motion.

## BACKGROUND

On August 17, 2010, the Court of Appeals affirmed the civil commitment of Petitioner Phillip Horswell as mentally ill and dangerous. *See In re Commitment of Horswell*, No. A10-488, 2010 WL 3220161, at *1 (Minn. Ct. App. Aug. 17, 2010). On December 8, 2017, Horswell filed a Petition for the Writ of Habeas Corpus with this Court. (Docket No. 1.) Horswell later filed an Amended Petition for the Writ of Habeas Corpus

on February 13, 2018. (Docket No. 7.) Magistrate Judge David T. Schultz issued a Report and Recommendation ("R&R") recommending that the amended petition be dismissed because it was untimely and Horswell had not exhausted all available state remedies. (Docket No. 8.) On March 23, 2018, this Court adopted the R&R, dismissed the case, and entered judgment—thus terminating the matter. (Docket No. 9.)

On September 3, 2026, Horswell moved for a new trial. (Docket No. 11.)

**DISCUSSION**

Horswell argues that he should be granted a new trial because he alleges the initial state civil commitment proceedings violated his due process rights. The Court lacks the jurisdiction to consider the request, for two reasons. First, federal courts lack jurisdiction to review or modify state court judgments. *Rooker v. Fidelity Tr. Co.*, 263 U.S. 413, 415–16 (1923); *Dist. of Columbia Ct. of Appeals v. Feldman*, 460 U.S. 462, 482 (1983). Here, the underlying proceedings were in state court. Therefore, the Court does not have jurisdiction to order a new trial. Second, even if the Court did have jurisdiction, a motion for a new civil trial must be filed no later than twenty-eight days after the entry of judgment. Fed. R. Civ. P. 59. Horswell's civil commitment was affirmed by the Minnesota Court of Appeals in 2010, meaning that Horswell's motion has been time-barred for over a decade. Accordingly, the Court will dismiss this motion for lack of jurisdiction.

While the present motion was filed requesting a new trial, Horswell also appears to challenge the Court's previous Order adopting the R&R and dismissing his initial

petition for Habeas Corpus. The Court will address this argument. Horswell argues that he had no state remedies to exhaust before he filed his initial petition with the Court. A federal court cannot entertain a habeas corpus petition filed by a state prisoner unless the prisoner has exhausted all available state court remedies. 28 U.S.C. § 2254(b), (c). And while he files an order issued in 2017 by the state trial court denying his state habeas petition as a supporting exhibit, (Exhibit A, Sept. 3, 2026, Docket No. 12), there is no indication that this decision was ever appealed. Without exhaustion of all the available state remedies—an appeal to the appellate court, and if necessary, subsequent appeal to the Minnesota Supreme Court—the same reasoning for dismissal stated in the R&R stands. Because Horswell has not exhausted all available state remedies, the Court would deny a renewed Petition for the Writ of Habeas Corpus.

**CONCLUSION**

Because the Court does not have jurisdiction to review or alter state court judgments, the Court will dismiss the Motion for a New Trial.

**ORDER**

Based on the foregoing, and all the files, records, and proceedings herein**, IT IS HEREBY ORDERED** that Petitioner Phillip Horswell's Motion for a New Trial (Docket No. [11]) is **DISMISSED WITHOUT PREJUDICE** for lack of jurisdiction.

DATED: October 23, 2026
at Minneapolis, Minnesota.

/s/ John R. Tunheim
JOHN R. TUNHEIM
United States District Judge